FORD *v.* FARGASON, administratrix.

LUMPKIN, J. There being no error of law complained of, the evidence being sufficient to sustain the verdict, and the presiding judge having refused a new trial, this court will not interfere.

*Judgment affirmed.　All the Justices concur, except Simmons, C. J., absent.*

Argued May 19,—Decided June 14, 1905.

Foreclosure of lien.　Before Judge Raines.　City court of Dawson.　September 7, 1904.

*W. H. Gurr* and *H. A. Wilkinson,* for plaintiff in error.
*R. R. Marlin* and *J. R. Irwin,* contra.

---

CHAMBLESS *v.* LIVINGSTON.

COBB, J.　1. When upon the call of the appearance docket no entry of default is made, the court may in its discretion, at a subsequent term, permit a plea to be filed at any time before such entry has been made. *Davis* v. *Railroad Co.,* 107 *Ga.* 420 (1); *Gordon* v. *Hudson,* 120 *Ga.* 698.

2. In an action for damages for a conversion of personalty, proof of title to the property in the plaintiff, possession in the defendant, a demand for possession, and a refusal by the defendant to surrender the property to the plaintiff, prior to the filing of the suit, makes a prima facie case for recovery, although it does not appear that the defendant was in possession at the time the suit was filed.

*Judgment reversed.　All the Justices concur, except Simmons, C. J., absent.*

Argued May 19,—Decided June 14, 1905.

Trover—nonsuit.　Before Judge Raines.　City court of Dawson.　October 18, 1904.

Cited, as to nonsuit: *Ga. R.* 43/323; 79/354; 1/381; 2/119; 79/136; 107/806; 115/378; 28 Am. & Eng. Enc. L. (2d ed.) 705–6, 712, 686–7.

*W. H. Gurr,* for plaintiff.
*J. R. Irwin* and *J. G. Parks,* for defendant.